

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 6, 2022

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
New York, New York 10007

    Re: ***United States v. Diaz et al.*, 96 Cr. 897 (LAP)**

Dear Judge Preska:

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of September 10, 2022.

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/7/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
Jessica K. Fender
Assistant United States Attorney
(212) 637-2276

cc: Defense Counsel (by ECF)